190 So.2d 229

**Mrs. Vera MOAK et al.**

**v.**

**LINK BELT CO. et al.**

No. 48392.

Sept. 28, 1966.

In re: Factory Insurance Association applying for writs of prohibition, certiorari and review.

Writs refused. Relator's complaint does not warrant the exercise of supervisory jurisdiction.

190 So.2d 229

**Glenn LANDRENEAU**

**v.**

**ALLSTATE INSURANCE COMPANY et al.**

No. 48296.

Oct. 5, 1966.

In re: Glenn Landreneau applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 186 So.2d 908.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.